UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 23-87** |
| **RICKY WILSON** | **SECTION "O"** |

### ORDER

Considering the motion[1] and arguments of counsel, the record, the applicable law regarding the Bail Reform Act and due process, and the Report and Recommendation[2] of United States Magistrate Judge Donna Phillips Currault (to which the Government did not object[3]), the Court hereby approves and adopts Magistrate Judge Currault's Report and Recommendation as its opinion in this matter. The Court is compelled to find that Defendant Ricky Wilson be released from pretrial detention. Although Defendant must be released, the Court must take necessary measures to minimize the danger to the community and risk of flight.

---

[1] ECF No. 110.

[2] ECF No. 122. The Court makes one clarification to page 5 of the Report and Recommendation: Count 7 has not been dismissed. Instead, the motion to dismiss that count was itself dismissed as moot. ECF No. 87.

[3] Any party may file an objection within fourteen days after being served a copy of a U.S. Magistrate Judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). To date, the government has not objected to Magistrate Judge Currault's July 2, 2025 Report and Recommendation. ECF No. 122.

Accordingly,

Having reviewed *de novo* Magistrate Judge Currault's order of detention, **IT IS ORDERED** that Defendant's objections to the initial detention decision[4] and the decision[5] denying the § 3142(f) motion[6] to re-open is **OVERRULED** and those decisions are **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's § 3145(b) Due Process Motion[7] for Release is **GRANTED**.

**IT IS FURTHER ORDERED** that the case be referred to Magistrate Judge Currault to conduct a bond hearing and enter a release order in compliance with the conditions enumerated in 18 U.S.C. § 3142(c) and (h).

**IT IS FURTHER ORDERED** that the United States Probation Office shall provide Magistrate Judge Currault with a full list of bail conditions that it would consider appropriate given this order of release.

New Orleans, Louisiana, this 18th day of July, 2025.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[4] ECF No. 19.
[5] ECF No. 108.
[6] ECF No. 93.
[7] ECF No. 110.